FILED: January 29, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1094
(1:19-cv-01559-RDB)

_____

BRANDON SODERBERG; BAYNARD WOODS; OPEN JUSTICE BALTIMORE; BALTIMORE ACTION LEGAL TEAM; QIANA JOHNSON; LIFE AFTER RELEASE

      Plaintiffs - Appellants

v.

HON. W. MICHEL PIERSON, Administrative Judge for Maryland's Eighth Judicial Circuit; HON. SHEILA R. TILLERSON ADAMS, as Administrative Judge for Maryland's Seventh Judicial Circuit; PATRICIA TRIKERIOTIS, as Court Reporter for Baltimore City; ROBIN WATSON, as Court Reporter for Prince George's County

      Defendants - Appellees

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:19-cv-01559-RDB |
| Date notice of appeal filed in originating court: | 01/27/2020 |
| Appellants | Brandon Soderberg, Baynard Woods, Open Justice Baltimore, Baltimore Action Legal Team, Qiana Johnson, Life After Release |
| Appellate Case Number | 20-1094 |
| Case Manager | Emily Borneisen<br>804-916-2704 |