FILED: July 7, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1094
(1:19-cv-01559-RDB)

_____

BRANDON SODERBERG; BAYNARD WOODS; OPEN JUSTICE BALTIMORE; BALTIMORE ACTION LEGAL TEAM; QIANA JOHNSON; LIFE AFTER RELEASE

       Plaintiffs - Appellants

v.

HON. AUDREY J. S. CARRION, Administrative Judge for Maryland's Eighth Judicial Circuit; HON. SHEILA R. TILLERSON ADAMS, as Administrative Judge for Maryland's Seventh Judicial Circuit

       Defendants - Appellees

and

PATRICIA TRIKERIOTIS, as Court Reporter for Baltimore City; ROBIN WATSON, as Court Reporter for Prince George's County

       Defendants

------------------------------

CATO INSTITUTE; FLOYD ABRAMS INSTITUTE FOR FREEDOM OF EXPRESSION; THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 23 MEDIA ORGANIZATIONS

       Amici Supporting Appellants

_____

## M A N D A T E

_____

The judgment of this court, entered June 15, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*