# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

BRANDON SODERBERG, *et al.*,       *

    *Plaintiffs*,       *

v.       *       No. 1:19-cv-1559-RDB

W. MICHEL PIERSON, *et al.*       *

    *Defendants*.       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

UPON CONSIDERATION of the Consent Motion to Amend Scheduling Order filed by defendants, it is this _1_ day of September, 2021, hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Court's scheduling order dated July 14, 2021 (ECF 46) is hereby amended to provide that defendants shall filed an answer to the complaint and not an amended motion to dismiss; and it is further

ORDERED that defendants shall file an answer to the complaint by September 10, 2021.

                                             _____
                                             Hon. Richard D. Bennett
                                             United States District Judge