**BRIAN E. FROSH**
*Attorney General*

**ELIZABETH F. HARRIS**
*Chief Deputy Attorney General*

**CAROLYN QUATTROCKI**
*Deputy Attorney General*

FACSIMILE NO.
(410) 576-6437

**KATHERINE D. BAINBRIDGE**
*Division Chief*

**ELENA LANGRILL**
*Deputy Chief for Advice*

**ANN SHERIDAN**
*Deputy Chief for Litigation*

WRITER'S DIRECT DIAL NO
(410) 576-6559



**STATE OF MARYLAND**
**OFFICE OF THE ATTORNEY GENERAL**
**HIGHER EDUCATION DIVISION**

E-mail: asheridan@oag.state.md.us

November 7, 2022

The Honorable Richard D. Bennett
United States District Judge
United States District Court for District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    *Soderberg, et al. v. Carrion, et al.*, Case No. 1:19-cv-1559-RDB

Dear Judge Bennett:

    During the November 3, 2022 hearing, Your Honor asked me to supplement the record with two items: (1) an update on any changes to court access rules that the Court of Appeals of Maryland Standing Committee on Rules of Practice and Procedure is considering or recommending; and (2) information on how many circuit courts are currently using video recording for criminal trial proceedings.

    In answer to the first question, I attach the agenda and materials for the Rules Committee meeting that occurred on September 8, 2022.  Agenda item 3 addresses proposed changes to the Title 16 rules that were presented by a Special Subcommittee on Broadcasting of Criminal Proceedings.  The Rules Committee considered three different options relating to the circuit courts.  Although the meeting minutes are not yet available, it is my understanding that the Rules Committee approved the presentation of all three options to the Court of Appeals for its determination of which, if any, option to adopt.

    In answer to the second question, we have reached out to the Administrative Judges of all of the circuit courts and have learned that only Baltimore City and Cecil County circuit courts use video to record criminal trial proceedings.  The other jurisdictions use audio recording only.

                                       Respectfully submitted,

                                         Ann M. Sheridan
                                         Assistant Attorney General

Cc:    All Counsel of Record

Enclosure